**Electronically Filed**
**Supreme Court**
**SCPW-13-0001127**
**19-FEB-2013**
**08:02 AM**

SCPW-13-0001127

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent,

vs.

CHRIS SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's letter to the court dated January 25, 2013, which was electronically filed on February 7, 2013, and which we review as a motion for reconsideration of the January 23, 2013 order denying without prejudice petitioner's "Motion for Habeas Corpus," the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, February 19, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

